USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 12/22/2025 _

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
Bonilla,

                          Petitioner,

           -against-

Arteta, et al.

                         Respondents.
------------------------------------------------------------------X

7:24-cv-06068-NSR-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

On December 12, 2025, the Court directed petitioner's counsel, by no later than December 19, 2025, to respond to respondents' letter and advise the Court whether the case is moot. (ECF No. 8). The Court has not yet received any such response. Petitioner's counsel is reminded to submit a letter response, which is now due **January 2, 2026**. Again, failure to respond by that date may result in dismissal of the case.

       **SO ORDERED.**

DATED:    White Plains, New York
             December 22, 2025

VICTORIA REZNIK
United States Magistrate Judge